UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCHROEDER,<br><br>                                 Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CAPITOL ONE, N.A.; KOHL'S DEPARTMENT STORES, INC.,<br><br>                                Defendants. | Case No.: 3:16-cv-02987-BEN-WVG<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

    Having read and considered the Joint Motion and Stipulation for Dismissal filed by Plaintiff David Schroeder and Defendants Equifax Information Services, LLC and Kohl's Department Stores, Inc., and good cause appearing, **IT IS HEREBY ORDERED:**

    The parties' Joint Motion for an Order dismissing the entire action with prejudice is hereby **GRANTED.**  Each party is to bear its own fees and costs.

    **IT IS SO ORDERED.**

Dated:  April 10, 2017

_____
Hon. Roger T. Benitez
United States District Judge